156 So.2d 228

**Althimus SIGUE**

v.

**TEXAS GAS TRANSMISSION CORPORATION.**

No. 46898.

Oct. 1, 1963.

In re: Texas Gas Transmission Corporation applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Iberia. 154 So.2d 800.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.

156 So.2d 228

**Olla WILLIAMS in her own behalf and as natural tutrix of the minor children, Patricia Elaine Williams, Roger Williams and Elizabeth Williams**

v.

**Louis H. STEGMAN, d/b/a Roberts Transfer, and the Employers Liability Assurance Corporation, Ltd.**

No. 46899.

Oct. 1, 1963.

In re: Olla Williams et al. applying for certiorari, or writ of review, to the Court of

Appeal, Fourth Circuit, Parish of Orleans. 154 So.2d 503.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.